IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| THOMAS MILLINER, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:15-CV-132-WKW |
| | ) | [WO] |
| CURBIE TOLES, | ) | |
| Defendant. | ) | |

## **ORDER**

Before the court is the Recommendation of the Magistrate Judge. (Doc. # 39.) There being no timely objection filed to the Recommendation, and based on a review of the record, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. # 39) is ADOPTED; and

2. This case is DISMISSED without prejudice for Plaintiff's failure to comply with the orders of this court.

A final judgment will be entered separately.

DONE this 29th day of June, 2017.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE